In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00358-CV
_____

**ROBERT R. HERMAN AND ELENA HERMAN, Appellants**

**V.**

**BLOOM 827, LLC, Appellee**

_____

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-202,407**

_____

**MEMORANDUM OPINION**

Robert R. Herman and Elena Herman appeal from a judgment signed August 16, 2019. On December 16, 2019, we notified the parties that the clerk's record had not been filed due to the appellants' failure to pay, or to arrange to pay, the District Clerk's fee for preparing the clerk's record. The notice also warned the appellants that the appeal would be dismissed for want of prosecution unless they established

1

that they paid the fee or needed additional time to do so. None of the parties filed a response.

There being no satisfactory explanation for the failure to file the clerk's record, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b); *see also* Tex. R. App. P. 42.3(b).

DISMISSED.

PER CURIAM

Submitted on February 5, 2020
Opinion Delivered February 6, 2020

Before McKeithen, C.J., Horton and Johnson, JJ.